```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__10/7/21____
```

UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,                    1:20-cr-00160-3 (MKV)

                          -against-                    **ORDER**

MARCOS ZULUETA,

                          Defendants.

_____

MARY KAY VYSKOCIL, United States District Judge

    Change of Plea Hearing for Marcos Zulueta is scheduled for 10/15/2021 at 10:00 am before Judge Mary Kay Vyskocil.

    The proceeding will be held by videoconference. All interested parties may dial 917 933-2166 using conference code 544874360# to listen remotely.

**SO ORDERED.**

**Date October 7, 2021**

**New York, NY**

MARY KAY VYSKOCIL
United States District Judge