```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA     :

      v.                          :

MARCOS ZULUETA,              :     S10 20 Cr. 160 (MKV)

           Defendant.     :

- - - - - - - - - - - - - - - - X

        The above-named defendant, who is accused of one count of violating Title 21, United States Code, Sections 331 and 333, and Title 18, United States Code, Section 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court and via videoconference, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                            _____
                                            MARCOS ZULUETA
                                            Defendant

                                            _____
                                            Witness

                                            _____
                                            Robert E. Goldman, Esq.
                                            Counsel for Marcos Zulueta

Date:    New York, New York
         October __, 2021