UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>MARCOS ZULUETA,<br><br>Defendant. | 20-cr-160 (MKV)<br><br>**ORDER** |

MARY KAY VYSKOCIL, United States District Judge:

The Clerk of Court is hereby directed to receive the $25,000 paid into the Eastern District of Pennsylvania with respect to Defendant Marcos Zulueta and transferred to this District pursuant to Fed. R. Crim. P. 5(c)(3). The money should be held in the Court's registry until further Order from the Court.

**SO ORDERED.**

**Date: November 28, 2023**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1